# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : | CIVIL ACTION NO. 1:09-CV-1874 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **THE STANDARD REGISTER COMPANY,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 17th day of June, 2010, following a telephone conference with counsel of record in the above-captioned case on March 10, 2010, and following an *in camera* review of the medical records of Penny Zink,[1] it is hereby ORDERED that the following records shall be produced to defendant, see FED. R. CIV. P. 26(b)(1), subject to the terms of the parties' stipulation of confidentiality (Doc. 16):

1. Records appearing on pp. 438-40.[2]

2. Records appearing on pp. 444-47.

3. Records appearing on pp. 448-50.

4. Records appearing on pp. 454-55.

5. Records appearing on pp. 456-57.

---

[1] The above-captioned case is a lawsuit brought by the Equal Employment Opportunity Commission ("EEOC") on behalf of Penny Zink, a former employee of The Standard Register Company.

[2] The court will identify the records to be produced by reference to the page numbers which the EEOC placed on the records it submitted for *in camera* review.

6. Records appearing on pp. 464-66.

7. Records appearing on pp. 476-79.

8. Records appearing on pp. 500-02.

9. Records appearing on pp. 530-58.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge